UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 1 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Eugene A. Fischer
32904-004
FCI-2
Box 1500
Butner, NC  27509

vs.

Civil Action No. 1:07-cv-02037
ESH

Federal Bureau of Investigations;
Office of Information and Privacy,
U.S. Department of Justice
935 Pennsylvania Ave. NW
Washington, DC  29535

### AFFIDAVIT OF SERVICE

I, Eugene A. Fischer, hereby declare that on the 12 day of December 2007, I mailed a copy of the summons and complaint, certifed mail receipt requested to: Attorney General, United States of America, 950 Pennsylvania Ave., N.W., Washington, DC 20530.

Attached hereto is the certified green card acknowledging service.

*[signature]*

Eugene A. Fischer
32904-004
FCI-2
Box 1500
Butner, NC  27509

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General
   United States of America
   950 Pennsylvania Ave.
   N.W.
   U.S. Dept. of Justice
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent
               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   NOV 2 6 200?

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2760 0004 1408 2809

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Eugene A. Fischer
32904-004
FCI-2
Box 1500
Butner, NC  27509

Civil Action No. 1:07-cv-02037-ESH

vs.

Federal Bureau of Investigations;
Office of Information and Privacy,
U.S. Department of Justice
935 Pennsylvania Ave. NW
Washington, DC  29535

AFFIDAVIT OF SERVICE

I, Eugene A. Fischer, hereby declare that on the 12 day of December 2007, I mailed a copy of the summons and complaint, certifed mail receipt requested to:   Office of Information and Privacy
950 Pennsylvania Ave.,NW   U.S. Department of Justice
                           Washington, DC  20530

Attached hereto is the certified green card acknowledging service.

Eugene A. Fischer
32904-004
FCI-2
Box 1500
Butner, NC  27509

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of Information + Privacy
U.S. Dept. of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  _Earnest L Parker_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                  NOV 3 0 200

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)   7006 2760 0004 1407 3289

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Eugene A. Fischer
32904-004
FCI-2
Box 1500
Butner, NC  27509

Civil Action No. 1:07-cv-02037-ESH

vs.

Federal Bureau of Investigations;
Office of Information and Privacy,
U.S. Department of Justice
935 Pennsylvania Ave. NW
Washington, DC  29535

AFFIDAVIT OF SERVICE

I, Eugene A. Fischer, hereby declare that on the 12 day of December 2007, I mailed a copy of the summons and complaint, certifed mail receipt requested to:  Office of U.S. Attorney, 501 Third St. N.W., Washington, DC  20001.

Attached hereto is a copy of the USPS receipt and of a tracking printout showing delivery of the summons.

Eugene A. Fischer
32904-004
FCI-2
Box 1500
Butner, NC  27509



Home | Help

 UNITED STATES POSTAL SERVICE®

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 2760 0004 1408 3103**
Status: **Forwarded**

Your item was forwarded to a different address at 12:47 PM on December 6, 2007 in WASHINGTON, DC 20001. This was because of forwarding instructions or because the address or ZIP Code on the label was incorrect. Information, if available, is updated every evening. Please check again later.

(Additional Details >) (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email** (Go >)
Get current event information or updates for your item sent to you or others by email.

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Postal Inspectors
Preserving the Trust

Inspector Ge
Promoting In

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA




UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Eugene A. Fischer
32904-004
FCI-2
Box 1500
Butner, NC  27509

Civil Action No. 1:07-cv-02037-ESH

vs.

Federal Bureau of Investigations;
Office of Information and Privacy,
U.S. Department of Justice
935 Pennsylvania Ave. NW
Washington, DC  29535

AFFIDAVIT OF SERVICE

I, Eugene A. Fischer, hereby declare that on the 12 day of December 2007, I mailed a copy of the summons and complaint, certifed mail receipt requested to:   Records/Information Dissemination, F.B.I.,
935 Pennsylvania Ave. N.W.
Washington, DC 29535

Attached hereto is a copy of the USPS receipt and of a tracking printout showing delivery of the summons.

*[signature]*
Eugene A. Fischer
32904-004
FCI-2
Box 1500
Butner, NC  27509





Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 2760 0004 1407 3296**
Status: **Delivered**

Your item was delivered at 3:41 AM on November 24, 2007 in WASHINGTON, DC 20022.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.



**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    Postal Inspectors Preserving the Trust    Inspector General Promoting In