UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Eugene A. Fischer
32904-004
FCI-2
Box 1500
Butner, NC  27509

     vs.

Civil Action No. 1:07-cv-02037-ESH

Federal Bureau of Investigations;
Office of Information and Privacy,
U.S. Department of Justice
935 Pennsylvania Ave. NW
Washington, DC  29535

**RECEIVED**

DEC 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**AFFIDAVIT OF SERVICE**

I, Eugene A. Fischer, hereby declare that on the 19 day of December, 2007, I mailed a copy of the summons and complaint, certifed mail receipt requested to:

Attached hereto is the certified green card acknowledging service.

Eugene A. Fischer
32904-004
FCI-2
Box 1500
Butner, NC  27509

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Eugene L. Parker_ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*) DEC 1 3 2007  C. Date of Delivery |
| 1. Article Addressed to:<br>Civil Process Clerk<br>Office of U.S. Attorney<br>District of Columbia<br>501 third St., NW<br>Washington, DC 20001 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number  *(Transfer from service label)* | 7006 2760 0004 1408 3103 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540