UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUGENE A. FISCHER,                          )
329-004 FCI-2                               )
P.O. Box 1500                               )
Butner, NC 27509,                           )
                                            )
                    Plaintiff,              )
                                            )
            v.                              )    Civil Action No.  07 cv 2037 (ESH)
                                            )
Federal Bureau of Investigations           )
Office of Information and Privacy           )
U.S. Department of Justice,                 )
                                            )
                    Defendants.             )
_____)

PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L.

Melnik as counsel for the defendants in this action.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    United States Attorney
                    D.C. Bar #498610


                    _____/s/_____
                    KAREN L. MELNIK D.C. BAR #436452
                    Assistant United States Attorney
                    U.S. Attorney's Office for the District of Columbia
                    Civil Division
                    555 Fourth Street, N.W.
                    Washington, D.C. 20530
                    (202) 307-0338 (O)
                    (202) 514-8780 (Fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Defendants' Praecipe, was sent via first class mail

on the 9th day of January, 2008, to the following:

EUGENE A. FISCHER,
329-004 FCI-2
P.O. Box 1500
Butner, NC 27509


_____    /s/
                            Karen L. Melnik
                            Assistant United States Attorney