UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE A. FISCHER,<br>329-004 FCI-2<br>P.O. Box 1500<br>Butner, NC 27509,<br><br>        Plaintiff,<br><br>        v.<br><br>Federal Bureau of Investigations<br>Office of Information and Privacy<br>  U.S. Department of Justice,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  07 cv 2037 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR AN ENLARGEMENT OF TIME**

    Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a dispositive motion to Plaintiff's Complaint.  In support of this request, the defendants state as follows:

1. The defendants' answer is due to be filed on January 16, 2008.  This is Defendants' first request for an extension of time.

2. Plaintiff's Freedom of Information Act ("FOIA") and Privacy Act complaint involves the Federal Bureau of Investigation ("FBI"), and the Executive Office for the United States Attorneys ("EOUSA") of the Department of Justice ("DOJ").

3. Agency counsels require additional time to complete either a Vaughn Index and/or a declaration, which will accompany the undersigned Assistant's motion for summary judgment.

4. The defendants are requesting an additional thirty days to complete this process,

    so that the undersigned counsel is able to draft and file a dispositive motion.

  5.  The defendants are unable to comply with LCvR 7(m) as plaintiff is currently incarcerated.[1]

Wherefore the defendants request until February 15, 2008, to file a dispositive motion.  A proposed Order accompanies this motion.

          Respectfully submitted,


          _____/s/_____
          JEFFREY A. TAYLOR, DC Bar #498610
          United States Attorney

          _____/s/_____
          RUDOLPH CONTRERAS, DC Bar #434122
          Assistant United States Attorney


          _____/s/_____
          KAREN L. MELNIK DC BAR # 436452
          Assistant United States Attorney
          555 4TH Street, N.W. Rm. E-4112
          Washington, D.C. 20530
          (202) 307-0338

---

[1] In 1988, Plaintiff received a life sentence without possibility of parole for being a principal in a Continuing Criminal Enterprise.  See Complaint at ¶ 5.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Extension of Time was served by first-class mail on this 9TH of January, 2008, upon:

> EUGENE A. FISCHER,
> Register Number 329-004
> FCI-2, P.O. Box 1500
> Butner, NC 27509

/s/
Karen L. Melnik D.C. Bar # 436452
Assistant United States Attorney
555 4th Street, N.W. Rm E4112
Washington, D.C. 20530
(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE A. FISCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  07 cv 2037 (ESH) |
| ) | |
| Federal Bureau of Investigations ) | |
| Office of Information and Privacy ) | |
| U.S. Department of Justice, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

ORDER

UPON CONSIDERATION of the Defendants' Motion For Enlargement of Time to File a Dispositive Motion, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2008, hereby

ORDERED that the said motion be and hereby is granted and Defendants will have until February 15, 2008, to file a dispositive motion.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

EUGENE A. FISCHER
329-004 FCI-2
P.O. Box 1500
Butner, NC 27509

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530