UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE A. FISCHER, )<br>)<br>Plaintiff pro se, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF )<br>INVESTIGATION, et al. )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:07-cv-2037 (ESH) |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record for Defendants and withdraw the appearance of Assistant United States Attorney Karen Melnik.

Dated: February 22, 2008            Respectfully submitted,

                                                                   /s/
                                      Karen Melnik, D.C. Bar # 436452
                                      Assistant United States Attorney
                                      Judiciary Center Building
                                      555 Fourth Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 307-0338
                                      Karen.Melnik@usdoj.gov

                                                                  /s/
                                      Brandon L. Lowy,
                                      Special Assistant United States Attorney
                                      Judiciary Center Building
                                      555 Fourth Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 307-0364
                                      Brandon.Lowy@usdoj.gov

                                      Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2008, I caused the foregoing Notice of Substitution of Counsel to be filed via the Court's Electronic Case Filing system, and served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

**EUGENE A. FISCHER**
R 32904-004
BUTNER
FEDERAL MEDICAL CENTER
Inmate Mail/Parcels
P.O. BOX 1600
BUTNER, NC 27509
PRO SE

　　　　　　　　　　　　　　　　　　　　　____/s/ *Brandon L. Lowy*____
　　　　　　　　　　　　　　　　　　　　　BRANDON L. LOWY