

RECEIVED
FEB 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUGENE A. FISCHER,
          Plaintiff,

vs.     Civil Action: 07-2037(ESH)

FBI, et al,
          Defendant.

## MOTION FOR AN ENLARGEMENT OF TIME

COMES HERETO Plaintiff, Eugene A. Fischer proceeding pro se, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, moves for an enlargement of time within which to file a dispositive answer to the Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgement, which motion was filed on February 15, 2008.

The court has given a date of March 17, 2008 for the Plaintiff to answer such motion from the Defendants.

In support of this request for enlargement of time the Plaintiff submits that:

1. The response is to be filed by March 17, 2008.
2. This is the first request for an enlargement by the Plaintiff.
3. The Defendant has already gotten a 30 day enlargement to file its motion.
4. This issue had been open for more than 10 years because of non-reponse from the Defendant.
5. The Plaintiff is proceeding pro se and needs time to research the law on certain aspects of his answer, a process which is slower than it might normally be due to the pro se status of the Plaintiff and due to the paucity of legal tools at the Plaintiff's disposition.

6. The Plaintiff is requesting an additional 30 days to complete his answer and submit it to the Court.

Wherefore the Plaintiff requests until April 17, 2008 to file a dispositive answer to the Defendants' Motion. A proposed Order is attached hereto.

RESPECTFULLY SUBMITTED, this 26 day of February, 2008.

*[signature]*
Eugene A. Fischer
32904-004
FCI-2
Box 1500
Butner, NC  27509

---

## CERTIFICATE OF SERVICE

I, Eugene A. Fischer, certify that a copy of the foregoing Motion for Enlargement of Time has been served by mailing through first class mail on 26 February, 2008 to:

Office of United States Attorney
Department of Justice
District of Columbia
Judiciary Center
555 Forth Street, NW
Washington, DC  20001

*[signature]*
Eugene A. Fischer
Plaintiff pro se

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUGENE A. FISCHER,
        Plaintiff,

vs.                                   Civil Action No. 07cv2037 (ESH)

F.B.I., et al,
        Defendants.

O R D E R

UPON CONSIDERATION of the Plaintiff's Motion for Enlargement of Time to filw an answer to the Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgement, this Court on this _____ day of _____, 2008, hereby

       ORDERS that said motion is granted and Plaintiff will have until March 17, 2008 to file its answer.

                                                              _____
                                                              UNITED STATES DISTRICT COURT JUDGE