UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
EUGENE A. FISCHER,                  )
                                    )
           Plaintiff,               )
                                    )
   v.                               )   Civil Action No. 07-2037 (ESH)
                                    )
FEDERAL BUREAU OF                   )
INVESTGIATION, et al.,              )
                                    )
           Defendants.              )
_____ )

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY
IN SUPPORT OF THEIR MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants respectfully move pursuant to Federal Rule of Civil Procedure 6(b) that the Court grant Defendants a two week enlargement of time to file a reply in support of Defendants' Motion to Dismiss, or in the Alternative for Summary Judgment, making Defendants' Reply due May 12, 2008.  Defendants' reply is currently due April 28, 2008.  The undersigned counsel did not attempt to contact *pro se* Plaintiff to discuss this Motion because Plaintiff is incarcerated, rendering such a step impracticable.  Furthermore, Local Rule 7(m) does not apply under these circumstances.  See LCvR 7(m) (imposing duty to confer only with opposing counsel and non-incarcerated parties appearing pro se.)

Defendants' filed a Motion to Dismiss, or in the Alternative, Motion for Summary Judgment ("MTD/MSJ") on February 14, 2008.  See Dkt. Entry 6.  Local Rule 7(b) requires parties to serve and file a memorandum of points and authorities in opposition to a motion within 11 days.  See LCvR 7(b).  However, on February 14, 2008, the Court permitted Plaintiff until March 17, 2008, to file an Opposition to Defendants' MTD/MSJ.  See Dkt. Entry 7.  Plaintiff

then moved for additional time to oppose Defendant's MTD/MSJ, and the Court granted Plaintiff's motion by minute order on March 4, 2008, permitting Plaintiff to file on April 17, 2008.  See Dkt. Entries 9, Minute Order 3/4/08.  Plaintiff then submitted an opposition on April 17, 2008.  See Dkt Entry 10.

There is good cause to grant this enlargement motion.  The undersigned counsel has been in contact with agency counsel, and can foresee that the deadline Defendant proposed most recently remains too soon for Defendant to file a complete and proper reply.  Although Plaintiff was granted two months in which to file an opposition to Defendants' MTD/MSJ, the Defendants' need an additional two weeks to file an appropriate reply. The extension is needed so that the undersigned counsel can work with agency counsel further and prepare a response for client and supervisory review prior to filing it with the Court.

Denying this motion would likely prejudice Defendants, who need the time requested in order to work with agency counsel on a reply to Plaintiff's opposition.

Dated: April 24, 2008.                    Respectfully Submitted,


    /s/ _____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/ _____
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 307-0364
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EUGENE A. FISCHER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2037 (ESH) |
| F.B.I., et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time, it is this _____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time be and is hereby GRANTED.

It is further ORDERED that Defendants' reply shall be due _____, 2008;

SO ORDERED.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of April, 2008, I caused the foregoing to be served on Plaintiff via first class United States Mail:

Eugene A. Fischer
Register No. 32904-004
FCI-2
Box 1500
Butner, NC 27509


      /s/
      BRANDON L. LOWY
      Special Assistant United States Attorney