**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**RECEIVED**

MAY 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EUGENE A. FISCHER,
      Plaintiff,

    vs.

FEDERAL BUREAU OF
INVESTIGATIONS, <u>et al.</u>
      Defendants.

_____/

Civil Action No. 07-2037 (ESH)

## <u>PLAINTIFF'S REPLY TO DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT</u>

Plaintiff Fischer requests that the Court deny the Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment, and to instruct the government to answer Plaintiff's FOIA request, including his request for information concerning Judge James Foreman.

### BASIS OF PLAINTIFF'S POSITION

The government, in its latest reply, continues to demonstrate that their main intent is to obfuscate, to block any and all efforts of Plaintiff to lawfully obtain information he is seeking which may help him in showing the falsity of the government's criminal case against him which has resulted in his serving 21 years of a life sentence for something he isn't legally or factually guilty of.

Somehow the government seems to infer that Plaintiff is to blame for their (the governments') failure to grant his original appeal for ten years. In their reply they maintain that the Plaintiff has passed the 6 year statute of limitations for filing his civil action. It appears to be

1

beyond common sense to say that someone is past a 6 year statute of limitations when the other party waited 10 years to answer him. The question might more appropriately be just who is beyond the statute of limitations when there is a delay of 10 years from the party who is being asked to supply the information.

The government states that the FBI acted properly and reasonably in this case. Once again Plaintiff Fischer has a difficult time understanding what is reasonable and proper if a ten year period passes before the government responds to give the Plaintiff some of the information he has requested and then the information supplied is limited to only 39 pages of 580 pages mentioned by the government of what in reality is the most barebones of information conceivable.

## ANALYSIS OF INFORMATION GIVEN

Plaintiff Fischer attaches as an Annex a duplicate of exactly what the government sent him after 10 years. He wishes the Court to see that of the 39 pages sent 28 pages were copies of letters to him and from the FBI concerning his request and included blank page dividers, copies of work sheets and even copies of envelopes.

Of the remaining 11 pages: a) 2 pages were concerning the basic criminal charges; b) 3 pages stated that Fischer was a fugitive from justice hiding under an alias in Switzerland in 1996 when actually he was incarcerated in the federal Bureau of Prisons in that year; c) 3 pages speak of an alleged investment by Plaintiff in a gambling casino which the Assistant Attorney General of the United States stipulated to as not being an investment of the Plaintiff; and d) 3 pages concerned an alleged escape by the Plaintiff from prison for which prosecution was declined by the Assistant U.S. Attorney of Lewisburg, Pa. due to "lack of credible evidence involving such escape."

2

After reviewing this information it appears that the reason in 1996 that the government refused giving any information to the Plaintiff was due to an alleged continuing criminal investigation which investigation (the Plaintiff assumes) may have concerned the allegation of the Plaintiff being a fugitive in Switzerland hiding under an alias (as per the information sheet just given him). Since the Plaintiff was incarcerated with the BOP from 1989 to the present date this was obviously impossible. Plaintiff raises this point to demonstrate just how mistaken and inefficient the government can be in its FOIA process. Plaintiff can only speculate that after 10 years someone saw this problem and tried to rectify it by telling Plaintiff that he now could be given information which before was excluded due to an ongoing criminal investigation, an investigation which was not going on at all.

Other information Plaintiff requested was also not given, such as copies of his indictments and copies of all information concerning forfeitures of any of his properties. Plaintiff has a difficult time believing such information could be properly withheld for any reason and can only speculate that either the FOIA withholding process is seriously flawed and/or that the government is purposefully and improperly blocking information to him which might reveal important defects in his prosecution and might buttress his arguments of actual and legal innocence.

Among other things the Plaintiff maintains information is being withheld concerning former judge James Foreman (the trial judge in his trial) which information should not be blocked on a privacy basis since plaintiff believes the judge is deceased.

### ADMINISTRATIVE REMEDIES

The government argues that the Court should dismiss Plaintiff's civil action for lack of

3

jurisdiction because, they allege, Plaintiff has not fulfilled his obligation to exhaust his administrative remedies of appeal. In Wilbur v. CIA, 355 F.3d 675, 676 (DC cir 2004) the court noted "that it is not necessarily a jurisdictional requirement (to exhaust administrative remedies) because 'the FOIA does not unequivocally make it so.'" In Hidalgo v. FBI, 344 F.3d 1256, 1258 (DC cir 2003) the Court went on to say "Nonetheless, as a jurisdictional doctrine, failure to exhaust precludes judicial review if the 'purposes of exhaustion' and the 'particular administrative scheme' support such a bar."

Plaintiff maintains that it would be absurd for him or any reasonable person to continue to attempt to exhaust the administrative remedies the government is alleging he has failed to utilize in a case which has now dragged on for 10 years and a case which he had actually appealed and been denied.

In his case neither the 'purposes of exhaustion' nor the 'particular administrative scheme' would support a jurisdictional bar, since the Plaintiff did appeal his denial and since the government seems to be procrastinating, either bureaucratically or with malice intent by asking him to continue appealing.

Congress intended FOIA to be a means of fomenting democracy, by allowing citizens access to information it had concerning its citizens. Any safeguards for privacy were put in place only so as not to violate individual citizens' rights to personal privacy. It was never intended that they (the administrative remedies) would be used to as instruments to block proper requests for information.

4

## CONCLUSION

Plaintiff continues to maintain that he is an innocent man languishing in prison in a case in which the Defendants have information which they are refusing to divulge which could help him show his actual and legal innocence of the criminal charges against him.

The Defendants' are expending great amounts of energy in improperly blocking Plaintiff's quest for such information.

Plaintiff maintains that the Court has jurisdiction to hear this matter and that this is demonstrated by the very fact that the government waited 10 years to respond to his appeal and thereby admitting that they were wrong in their denial of his initial appeal 10 years ago.

Although the government has not stated it, Plaintiff believes another reason the government is denying him information is that his codefendant, George Brock, is, and continues to be, a fugitive from the law, and in whose place Plaintiff Fischer was tried.

Plaintiff therefore respectfully requests the Honorable Court to deny Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment, and to instruct the government to answer Plaintiff's FOIA request, including his request for information concerning Judge James Foreman.

RESPECTFULLY SUBMITTED this 19 day of May, 2008.

Eugene A. Fischer
32904-004
Federal Medical Complex – FCI-2
Box 1500
Butner, NC  27509

5

CERTIFCATE OF SERVICE

I, Eugene A. Fischer, certify that I have mailed a copy by first class mail of this motion to the

Office of U.S. Attorney at 555 Fourth Street, NW, Washington, DC 20001 on this 19th day of May,

2008.

Eugene A. Fischer
32904-004
Federal Medical Complex – FCI-2
Box 1500
Butner, NC 27509



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR EUGENE ALBERT FISCHER                                    September 18, 2007
**32904-004
FEDERAL CORRECTIONAL INSTITUTION 2
POST OFFICE BOX 1500
BUTNER, NC 27509

Subject: FISCHER, EUGENE ALBERT

FOIPA No.  0414039- 001

Dear Mr. Fischer:

        The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision.  In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely.  The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

40  **page(s)** were reviewed and 34 **page(s)** are being released.

☐   Document(s) were located which originated with, or contained information concerning other
     Government agency(ies) [OGA].  This information has been:

        ☐  referred to the OGA for review and direct response to you.

        ☐  referred to the OGA for consultation.  The FBI will correspond with you regarding this
            information when the consultation is finished.

☒ You have the right to appeal any denials in this release.  Appeals should be directed in
writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425
New York Ave., NW, Suite 11050, Washington, D.C.  20530-0001 within sixty days from the
date of this letter.  The envelope and the letter should be clearly marked "Freedom of Information
Appeal" or "Information Appeal."  Please cite the FOIPA number assigned to your request so that it
may be easily identified.

□ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.


Sincerely yours,


David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division


Enclosure(s)


    Please be advised that the enclosed documents are maintained in a multiple subject investigation of which you were indexed as one of the subjects. In processing such a case pursuant to a FOIPA request, it is the practice of the FBI to address only that portion which specifically pertains to you rather than information pertaining to other subjects.

**EXPLANATION OF EXEMPTIONS**

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552**

(b)(1)  (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)  related solely to the internal personnel rules and practices of an agency;

(b)(3)  specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)  trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)  inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)  personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)  records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could be reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could be reasonably expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)  contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)  geological and geophysical information and data, including maps, concerning wells.

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a**

(d)(5)  information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)  material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)  information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)  investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)  material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)  required by statute to be maintained and used solely as statistical records;

(k)(5)  investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)  testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)  material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

(03/31/95)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                    **Date:** 09/19/1996

**To:** IRD                    **Attn:** Freedom of Information-Privacy
                                        Acts Section, Training and
                                        Research Unit, Attn

**From:** Springfield
         **Contact:**

**Approved By:**                                                    b7C
                                                                   b6
**Drafted By:**

**File Number(s):** 190-SI-47508 (Pending)

**Title:** EUGENE A. FISCHER,
           FOIPA REQUEST
           ADMINISTRATIVE APPEAL NUMBER 95-0974

**Synopsis:** Enclosures for IRD

**Administrative:** Re FBIHQ routing slip to SI, 06/05/1995

**Enclosures:** Enclosed for IRD are the following

             1   All correspondence pertaining to the above
                 request

             2   All records released to requester

             3   Two copies of all documents processed in
                 original form

             4   Copy of FD-503 Inventory Worksheet

             5   Copy of field office search slip

**Details:** Exemption (b)(7)(a) asserted

             1  Is case still pending?  Yes   Why?          fugitives
still at large in ongoing investigation

             2  Is there any public source material in the file?
Yes   Approximately 300 pages of public source material in file

1

190-HQ-1290-38-1

6280

Sealed Enclosures

b7C
b6

To   IRD From  Springfield
Re   190-SI-47508, 09/19/1996

3    Is there any requester supplied information in
file?  No   Can it be released?  N/A

4    Can the case classification be released?  Yes

Case Agent _____ advised that no
material should be released to requester  9/19/96

It should be noted that this case is very voluminous
with numerous 1As and sub-files

♦♦

2

(7-28-89)

b7C
b6

FDIPA

**To** Office Services Manager

Date  2/13/95

Requested by

Ext          Squad          File No  190

**Subject**  EUGENE A. FISCHER

Social Security Account #

**Aliases**

**Address** BOX PMB  ATLANTA, GA.

| Birth Date | Birth Place | Race | Sex |
|---|---|---|---|
| 10/11/40 | NEW YORK, N.Y. | | ☒ Male ☐ Female |

| | | |
|---|---|---|
| ☐ Exact Spelling | ☐ Main Criminal Case Files Only | ☐ Restrict Locality of |
| ☒ All References | ☐ Criminal References Only | |
| ☐ Main Security Case Files Only | ☐ Main Security (If no Main, list all Security References) | |
| ☐ Security References Only | ☐ Main Criminal (If no Main, list all Criminal References) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ General Indices | ☐ NEG ☒ POS | | ☒ ISIS | ☒ NEG ☐ POS | | 2/16/95 |
| Searched by | | Date | Searched by | | | Date |
| ☒ Confidential Indices | ☒ NEG ☐ POS | 2/14/95 | ☒ OCIS | ☐ NEG ☒ POS | 2/16/95 | |
| Searched by | | Date | Searched by | | | Date |
| ☐ ELSUR Indices | ☐ NEG ☐ POS | | ☒ IIS | ☒ NEG ☐ POS | | 2/15/95 |
| Searched by | | Date | Searched by | | | Date |
| ☒ FOIMS | ☒ NEG ☐ POS | 2/14/95 | ☒ MICRO | ☐ NEG ☒ POS | | 2/16/95 |
| Searched by | | Date | Searched by | | | Date |
| ☐ GLOBAL | ☐ NEG ☐ POS | | ☐ REGIONAL | ☐ NEG ☐ POS | | |
| Searched by | | Date | Searched by | | | Date |

Place an "X" by the Field Office(s) to Query for Regional Searches

| Northeast | Mid-Atlantic | Central | Western |
|---|---|---|---|
| ☐ Albany | ☐ Atlanta  ☐ New Orleans | ☐ Buffalo  ☐ Little Rock | ☐ Albuquerque |
| ☐ Bern Switzerland | ☐ Baltimore  ☐ Norfolk | ☐ Chicago  ☐ Louisville | ☐ Anchorage |
| ☐ Bonn Germany | ☐ Birmingham  ☐ Quantico | ☐ Cincinnati  ☐ Milwaukee | ☐ Butte |
| ☐ Boston | ☐ Charlotte  ☐ Richmond | ☐ Cleveland  ☐ Minneapolis | ☐ Honolulu |
| ☐ London England | ☐ Jackson  ☐ San Juan | ☐ Dallas  ☐ Oklahoma City | ☐ Las Vegas |
| ☐ Mexico City Mexico | ☐ Jacksonville  ☐ Savannah | ☐ Denver  ☐ Omaha | ☐ Los Angeles |
| ☐ New York City | ☐ Knoxville  ☐ Tampa | ☐ Detroit  ☐ Pittsburgh | ☐ Phoenix |
| ☐ Newark | ☐ Memphis  ☐ Washington Field | ☐ El Paso  ☐ San Antonio | ☐ Portland |
| ☐ Paris France | ☐ Miami  ☐ All above | ☐ Houston  ☐ Springfield | ☐ Sacramento |
| ☐ Philadelphia | ☐ Mobile | ☐ Indianapolis  ☐ St. Louis | ☐ Salt Lake City |
| ☐ Rome Italy | | ☐ Kansas City  ☐ All above | ☐ San Diego |
| ☐ All above | | | ☐ San Francisco |
| | | | ☐ Seattle |
| | | | ☐ All above |

| File & Serial Number | Remarks | File & Serial Number | Remarks |
|---|---|---|---|
| 2/22-22  -934 | Eugen | | |
| "  -1185  I F | E  filbu | | |
| 281-51-45838-222 | Eugene Fischer | | |

| Consolidated by | | Date | |
|---|---|---|---|
| Re | | Date  3/21/95 | |

| I - Identical | File Review Symbols | ? - Not identifiable |
|---|---|---|
| NI - Not identical | | U - Unavailable reference |

ALL CORRESPONDENCE PERTAINING TO REQUEST

Eugene A Fischer
32904-004
Box PMB
Atlanta, Ga    30315

US Penitentiary

Let sent to Carbondale

b6
b7C
b7D

January 31, 1995

F B I  offices
250 W  Cherry St
Suite 308
Carbondale, Il    62901

Dear Mssrs

This letter will serve as my request pursuant to the provisions of the Freedom
of Information Act (5 U S C  552) and the Privacy Act (5 U S C  52a (d)(1),
for full disclosure and release of all records and/or data contained in the
files of your agency pertaining to the following matters which are related to a
criminal case the U S  brought against me (U S  v  Fischer, Criminal No
87-40070)

1) Any investigation by your agency or other law enforcement agencies
   of which you may have records of federal judge James Foreman in the
   last ten years, concerning any criminal matters either directly or
   indirectly involving him  Specifically, information is being sought
   concerning                                          and any
   investigation of them which might mention or tie in any form
   James Foreman to any criminal investigations or trials of them

2) Information as to the criminal charges levied, the indictment dates,
   the judicial outcome, and the dates of incerceration of Archie
                                         from the year 1985 to the present

3) Any information concerning investigations and findings (including
   judicial procedures) of the government's cooperating witnesses with
   reference to the          et al  marijuana case tried in federal court
   in the 7th district in 1988, such data being for the period before,
   during or after the trial  Specifically information is sought
   concerning any perjury allegations or verdicts concerning the witnesses

4) Copies of all indictments against Eugene A  Fischer concerning the
   above mentioned case

5) Information as to the proceeds, methods of sale, and actions taken
   with regards to any property of Eugene A  Fischer taken by the
   U S  government as a result of this case

6) Copies of any 302 on other material concerning E

It is further requested that your agency provide me with a copy of specific
regulations as provided by statute (5 U S C  552), so that compliance with
such regulations is adherred to except as otehrwise provided by law
(5 U S C  701 et seq )

O

SEARCHED_____ INDEXED_____
SERIALIZED___ FILED_____
FEB  1995
FBI - SPRINGFIELD

Page 2

This request is made under the Freedom of Information Act (5 U S C 552) and
the Privacy Act (5 U S C 552a) (together with the "alternate means of access"),
to permit access to records on file with your agency  If, for any reason, it
is determined that portions of the material and records sought is exempt by
statute (5 U S C  (6)(c)(b)(7), 552a (j)(2) or by any regulation (Menard v
Mitchell, 430 F 2d  486, 139 U S  App  D C  113 (1970), Nemetz v  Department
of Treasury, 446 F Supp  102), I request specific citation to authority for
such deletion   If it should be determined that any material is CONFIDENTIAL
due to identification of source, the permission is granted to the agency to
delete source identification ONLY from the material released   Paton v  LaParde,
524 F 2d  862 (CA3 1975), Chastain v  Kelly, 510 F 2d  1233
I further agree to pay any reasonable costs, or file IN FORMA PAUPERS if I am
indigent, provided by statute or regulation by your agency, for search and
copying of the material requested

Pursuant to Title 5 U S C  552 (6)(1)(1), it is noted that your agency has
ten (10) working days following receipt of this request to provide the
information and material sought   Should any delay occur, it is requested
that your agency inform me of this delay as provided for by agency regulations
and the date when you will be able to act on this request


Sincerely yours,

*[signature]*

Eugene A  Fischer

Date  Feb 1, 1995


IDENTIFICATION OF REQUESTER:

**Name:** Eugene A  Fischer
**Date of Birth:** October 11, 1940
**Place of Birth:** New York, N Y , U S A
**Social Security No.:** 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
**Federal Bureau of Prisons No.:** 32904-004


| Right Thumb | Right Index | |
|---|---|---|
| I | I | I |
| I | I | I |
| I | I | I |
| I | I | I |
| I | I | I |
| I | I | I |
| I | I | I |
| I | I | I |
| I  RT | I  RI | I |

Page 3

## VERIFICATION

STATE OF GEORGIA

COUNTY OF FULTON

CITY OF ATLANTA

_Eugene A. Fischer_ ,First being sworn, deposes and says
That he/is the affiant herein, that he has read the foregoing request for
information release submitted to _F.B.I offices Carbondale, IL,_ and knows
the contents thereof, That the personal identification submitted for this request
is true and accurate upon the personal knowledge of the affiant, and the
fingerprint identification submitted

_[signature]_
Requester

SUBSCRIBED and SWORN to
before me this ____ day
of _____ 1995

_[notary signature]_

Notary Public - DeKalb County Georgia
My Commission Exp. 55 August 24 1997



**U S Department of Justice**

Federal Bureau of Investigation

---

In Reply, Please Refer    to
File No

Suite 400, 400 West Monroe Street
Springfield, IL   62704
February 22, 1995

U.S. Penitentiary
Eugene A. Fischer
32904-004
Box PMB
Atlanta, GA  30315

Dear Mr. Fischer:

        This is in response to your Freedom of Information Act-
Privacy Act request, dated January 31, 1995, and received by our
office on February 7, 1995.

        A search of our indices to the Central Records System
as maintained by the Springfield office disclosed references to
names similar to yours.

        However, since we have not yet had time to retrieve and
review these records, we do not know at this point whether or not
the indicated records are identifiable with you.

        Please be advised that we are making every effort to
expedite the research, processing, and release of documents to
each requester.  However, due to the volume of requests being
processed by our office, you may anticipate some delay.  I can
assure you that your request is being handled as equitably as
possible and any releasable records will be made available at the
earliest possible date.

        Your patience and cooperation will be appreciated.

                                Sincerely,


                                Donald E. Stukey II
                                Special Agent in Charge

1 - Addressee
1 - Springfield (190-        )

DMM/kss
(2)



U S  Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No

Suite 400, 400 West Monroe Street
Springfield, IL    62704
March 30, 1995


U.S. Penitentiary
Eugene A. Fischer
32904-004
Box PMB
Atlanta, GA    30315

Dear Mr Fischer·

  In reference to your letter that was received by this
office on January 31, 1995, the indices search through our
central records system has been completed, and the file
responsive to your request has been located.  However, our review
of this information has determined the file to be entirely exempt
from disclosure by the following subsections of Title 5, United
States Code, Section 552 and 552a:

     (b)(7) records or information compiled for law
         enforcement purposes, but only to the extent
         that the production of such law enforcement
         records or information

        (A) could reasonably be expected to interfere
          with enforcement proceedings;

     (j)(2) Material reporting investigative efforts
         pertaining to the enforcement of criminal law
         including efforts to prevent, control, or
         reduce crime or apprehend criminals, except
         records of arrest.

  No review has been conducted for public source
information (i e. newspaper clippings and court documents).  If
you desire this type of information, please advise us and a
search will be conducted.

  Appropriate fees will be charged, if applicable, for
public source information documents.

To.  Mr. Fischer

      If you desire, you may submit an administrative appeal
from any denial contained herein.  Appeals should be directed in
writing to the Co-Director, Office of Information and Privacy,
Room 7238 MAIN, United States Department of Justice, Washington,
D.C.  20530, within 30 days from receipt of this letter.  The
envelope and the letter should be clearly marked "Freedom of
Information Appeal" or "Information Appeal."  Please cite the
name of the office to which your original request was directed.

                                      Sincerely,

                                      Donald E. Stukey II
                                      Special Agent in Charge

Eugene A Fischer
32904-004
Box PMB
Atlanta, Ga   30315

April 18, 1995                              **FOIA Material**

Mr  Donald E  Stukey II
Special Agent in Charge
Federal Bureau of Investigation
U S  Department of Justice
Suite 400
400 West Monroe Street
Springfield, Il  62704

Dear Mr  Stukey

With reference to your letter of March 30, 1995, which I received on April 11,1995,
I would like you to conduct a review of public source information (i e  newspaper
and media documents and court documents), as you suggested in your letter

I agree to pay appropriate fees, if applicable

Thank you

Sincerely yours,

Eugene A  Fischer

190-51-47508-6

b7C
b6





**U S Department of Justice**

Federal Bureau of Investigation

Suite 400, 400 West Monroe Street
Springfield, IL   62704
September 4, 1996

In Reply  Please Refer   to
File No

U S  Penitentiary
Eugene A  Fischer
32904-004
Box PMB
Atlanta, GA   30315

Dear Mr  Fischer

    This is in reference to your Freedom of Information-
Privacy Acts request, dated August 20, 1996, which requested
information substantially duplicative in your request, dated
January 31, 1995

    You were previously advised that the material you
requested was determined to be entirely exempt from disclosure

    We are currently reviewing material for public source
information and it will be released to you after a fee
determination has been made

              Sincerely,

              Robert S  Conforti
              Special Agent in Charge

1 - Addressee
1 - SI (190-SI-47508)
DMM/kss          (2)



Eugene A. Fischer
32904-004
Box PMB
Atlanta, Ga.  30315

August 20, 1996

Freedom of Information Officer
Federal Bureau of Investigation
Box 3333
250 W. Cherry Street
Suite 308
Carbondale, IL.  62901

Dear Sir/Madam

This is a personal, non-commercial request pursuant to the Freedom of Information Act, 5 USC §552, as amended, and the Privacy Act of 1974, 5 USC §552(a), for all records your agency is in possession of concerning the investigation, charging and bringing of the criminal cases described in the attachment to this letter, and any reference, mention or investigation of Judge James Foreman relating thereto

This is related to a criminal case against me and concerns a public official and records relating to him. I request a copy of all records with regards to these cases and any reference to Judge James Foreman, from all retrievable sources, including computer records, electronic surveillance, etc.

If there are any delections or excisions, I request a legal justification be made of each one and an index of all such excised or withheld records be given me. Under the Acts I expect, as is my right, to receive all non-exempt records.

I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act which provides that no fees shall be charged for locating and retrieving records, 5 USC §552(f)(5).

As provided in the Acts, I will expect a response to this request within 10 working days of receipt of this letter.

Thank you for your attention to this matter.

Sincerely yours

Eugene A. Fischer



SEARCHED_____INDEXED_____
SERIALIZED_____FILED_____

AUG 2 9 1996

FBI SPRINGFIELD

Enclosures    Certificate of Identity, Attachment

## C E R T I F I C A T E  O F  I D E N T I T Y

I, Eugene A. Fischer, hereby declare, under 28 USC 1746, and under peanlty of perjury, that the following information and signature are correct and true.

**Full Name**   Eugene Albert Fischer

**Current Address**   U.S. Penitentiary
                      601 McDonough Blvd.
                      Atlanta, Ga.  30315

**Date of Birth**  October 11, 1940

**Place of Birth**  New York, N.Y.

**Prison Identification Number**  32904-004

**S.S. Identification Number**  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

I certify that I am the person above named and that any falsifdication of this statement is punishable under the provisions of 18 USC Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 USC 552a(i)(3) by a fine of not more than $5,000.

Signature _Eugene A. Fischer_    Date _August 20, 1996_

**A T T A C H M E N T**

<u>CRIMINAL CASE #1</u>

Defendant

Criminal Charges
        \*Money Laundering - 31 USC Secs. 5313 & 5322
        \*Falsifying Bank Records - 18 USC Sec. 1005
        \*Concealing Money for Laundering Scheme -
            18 USC Sec. 1014
        \*Criminal Conspiracy
        \*Illegally concealing from the U.S. Treasury of
            Money Transfer - 31 USC Secs. 5313 and 5322

Bank Involved  First Bank and Trust of Harrisburg,
                Harrisburg, Il.

Date of Sentencing  Nov. 21, 1988

Jurisdiction  Southern District of Illinois

Time span involved  1987 and 1988

b6
b7C

========================================================

<u>CRIMINAL CASE #2</u>

Defendant

Criminal Charges
        Mail Fraud, Wire Fraud, False Loan Application,
        Conspiracy, Fradulent Transportation of Federal

Date of Indictment  March 24, 1987

Date of Sentencing  March 18, 1988

Jurisdiction  Southern District of Illinois



U S Department of Justice

Office of Information and Privacy

Telephone   (202) 514-3642                    *Washington D C 20530*

DEC 3 0 1996

Mr  Eugene A  Fischer
Register No  32904-004
Box PMB                              Re    Appeal No  95-0974
Atlanta, GA  30315                         RLH SAH PNC

Dear Mr  Fischer

     You appealed from the action of the Springfield Field Office
of the Federal Bureau of Investigation on your request for access
to records pertaining to yourself

     After careful consideration of your appeal, I have decided
to affirm the initial action in this case   The documents
responsive to your request are exempt from the access provision
of the Privacy Act of 1974 pursuant to 5 U S C  § 552a(j)(2)
See 28 C F R  § 16 96(a) (1996)   Accordingly, your access rights
are limited to those provided by the Freedom of Information Act
You are the subject of one Springfield Field Office main file
entitled "Organized Crime Drug Investigation "  This informa-
tion was properly withheld from you pursuant to 5 U S C
§ 552(b)(7)(A), which pertains to records or information com-
piled for law enforcement purposes, the release of which could
reasonably be expected to interfere with enforcement proceedings
This material is not appropriate for discretionary release
Finally, please be advised that a search of the ELSUR index             b6
of the Springfield Field Office was conducted and no records             b7C
responsive to your request could be located

     Your request for public source material is being handled
separately   You will be contacted directly by the FBI when it
has completed processing that information

     Judicial review of my action on this appeal is available to
you in the United States District Court for the judicial district
in which you reside, or in the District of Columbia, or in the
Central District of Illinois, which is where the records you seek
are located

                         Sincerely,



                         Richard L  Huff
                         Co-Director


                              190-HQ-1200038

FBII

b7C
b6

## FIELD OFFICE APPEAL WORKSHEET

APPEAL NUMBER _95-0774_ , FIELD OFFICE _SI_

PREPARED B _____

REQUESTER _Eugene A. Fischer_    TYPE OF REQ ✓ PRIVACY __ FOIA

SUBJECT _Self_

Notary Rec'ed? (YES) / NO / NOT REQ.   Elsur Req. (NO) / YES  NEG/POS

DATE REQ REC IN FIELD _2-7-95_  DATE OF RELEASE LETTER _3-30-95_

### FILES CONSIDERED FOR RELEASE

MAIN FILES
_12B-351 changed to_ Classification _Drug Demand Reduction Program_
_2814-SI-45838_ Classification _OCDI-Drugs-Fug_

Cross References

_____    _____
_____    _____
_____    _____
_____    _____

### EXEMPTIONS USED*

FOIA - b1  b2  b3  b4  b5  b6 (b7A) b7B  b7C  b7D  b7E  b7F

PRIVACY- d5 (j2) k1  k2  k3  k4  k5  k6  k7  other_____

*A brief explanation of the usage of each exemption cited is noted on page two

FOR YOUR INFORMATION _The Springfield office offered public source info in their 3-30-95 letter. By letter 4-18-95 the requester requested the public source. By letter 8-20-96 requester renewed his request and requested an ELSUR. This has not been done as yet. Springfield's latest response is dated 9-4-96._

DOJ ATTORNEY _PNC_ _____    DATE REVIEWED _10-2-96_

AFFIRMED _X_    MODIFIED_____  (as of 10-1-96)  REMANDED_____

COMMENTS _It's still 7A. Public source was offered and is being provided by the Bu. separately._

DATE DOJ LTR REC _____    TO BE FILED IN 190-

**b1**

DCU review of classified material for presentation to the DRC
_____ will be done after appeal review
_____ has been completed

b7C
b6

## b7A

_____ b7A previously cited IS NO LONGER APPLICABLE

__✓__ Case agent was recontacted and advised of appeal and stated
that the release of any material from this file COULD REASONABLY
BE EXPECTED TO INTERFERE WITH (HARM) LAW ENFORCEMENT PROCEEDINGS

Name of Agent [                    ]    Date contacted _9-19-96_

_as of 10-1-96 - still pending_

Public source material in file? (YES)/ NO
_approx 300pgs._
Requester supplied information in file?   YES  (NO)

Would advising requester of case classification harm proceedings?
YES  /(NO)

## b7D

_____ Cited to protect the identity of and/or information
provided by a source under an EXPRESSED ASSURANCE OF
CONFIDENTIALITY

_____ Cited to protect the identity of and/or information
provided by a source under an IMPLIED ASSURANCE OF
CONFIDENTIALITY

Other  (explain)_____

_____

### Other exemptions cited
Give a brief explanation of the usage of all other exemptions
cited

_____
_____
_____
_____
_____
_____
_____
_____

Regional Coordinator's comments

_An ELSUR search should be done._

NOV-12-1996  10:04  FROM  FBI 31 AFFLICANT UNIT  TO  12023245325  P.02

FD-160 (Rev 9 28-92)

| | Date | 11/12/96 | b7C |
| | | | b6 |
| | Requested | | |

**To  Administrative Officer**

| | Ext. | Squad | File No |
| | | | 190- |

**Subject**   EUGENE ALBERT FISCHER
EUGENE A FISCHER, 6

Social Security Account #

**Aliases**

| Address  U.S PENITENTIARY ATLANTA, GA | Birth Date 10/11/40 | Birth Place N.Y | Race | Sex ☐ Male ☐ Female |

☐ Exact Spelling
☒ All References
☐ Main Security Case Files Only
☐ Security References Only

☐ Main Criminal Case Files Only
☐ Criminal References Only
☐ Main Security (If no Main list all Security References)
☐ Main Criminal (If no Main, list all Criminal References)

☐ Restrict Locality of

| ☐ General Indices | ☐ NEG ☐ POS | | ☐ ISIS | ☐ NEG ☐ POS | |
| Searched by | | Date | Searched by | | Date |
| ☐ Confidential Indices | ☐ NEG ☐ POS | | ☐ OCIS | ☐ NEG ☐ POS | |
| Searched by | | Date | Searched by | | Date |
| ☒ ELSUR Indices | ☒ NEG ☐ POS | 11/12/96 | ☐ IIS | ☐ NEG ☐ POS | |
| Searched by | | Date | Searched by | | Date |
| ☐ FOIMS | ☐ NEG ☐ POS | | ☐ MICRO | ☐ NEG ☐ POS | |
| Searched by | | Date | Searched by | | Date |
| ☐ GLOBAL | ☐ NEG ☐ POS | | ☐ REGIONAL | ☐ NEG ☐ POS | |
| Searched by | | Date | Searched by | | Date |

Place an "X" by the Field Office(s) to Query for Regional Searches

| Northeast | Mid-Atlantic | Central | Western |

**Legats**

Northeast:
☐ Albany
☐ Boston
☐ New Haven
☐ New York City
☐ Newark
☐ Philadelphia
☐ All above

Legats:
☐ Athens
☐ Bangkok
☐ Bern
☐ Bogota
☐ Bonn
☐ Bridgetown
☐ Brussels
☐ Canberra
☐ Caracas
☐ Hong Kong
☐ London
☐ Madrid
☐ Manila
☐ Mexico City
☐ Montevideo
☐ Ottawa
☐ Panama City
☐ Paris
☐ Rome
☐ Tokyo
☐ Vienna

Mid-Atlantic:
☐ Atlanta
☐ Baltimore
☐ Birmingham
☐ Charlotte
☐ Columbia
☐ Jackson
☐ Jacksonville
☐ Knoxville
☐ Memphis
☐ Miami
☐ Mobile
☐ New Orleans
☐ Norfolk
☐ Quantico
☐ Richmond
☐ San Juan
☐ Tampa
☐ Washington Field
☐ All above

Central:
☐ Buffalo
☐ Chicago
☐ Cincinnati
☐ Cleveland
☐ Dallas
☐ Denver
☐ Detroit
☐ El Paso
☐ Houston
☐ Indianapolis
☐ Kansas City
☐ Little Rock
☐ Louisville
☐ Milwaukee
☐ Minneapolis
☐ Oklahoma City
☐ Omaha
☐ Pittsburgh
☐ San Antonio
☐ Springfield
☐ St Louis
☐ All above

Western:
☐ Albuquerque
☐ Anchorage
☐ Honolulu
☐ Las Vegas
☐ Los Angeles
☐ Phoenix
☐ Portland
☐ Sacramento
☐ Salt Lake City
☐ San Diego
☐ San Francisco
☐ Seattle
☐ All above

| File & Serial Number | Remarks | File & Serial Number | Remarks |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Consolidated by | | Date | |
| Reviewed by | | Date | |

**File Review Symbols**

I - Identical
NI  Not identical

? Not identifiable
U  Unavailable reference

FBIVDOJ



**U S Department of Justice**

Office of Information and Privacy

---

Telephone  (202) 514-3642          *Washington D C 20530*

April 28, 1995

Mr  Eugene A  Fischer
Register #32904-004
Box PMB
Atlanta, GA  30315

b6
b7C

     Re   Springfield Field Office

Dear Mr  Fischer

     This is to advise you that your administrative appeal from
the action of the Federal Bureau of Investigation on your request
for information from the files of the Department of Justice was
received by this Office on April 24, 1995

     The Office of Information and Privacy, which has the
responsibility of adjudicating such appeals, has a substantial
backlog of pending appeals received prior to yours   In an
attempt to afford each appellant equal and impartial treatment,
we have adopted a general practice of assigning appeals in the
approximate order of receipt   Your appeal has been assigned
number **95-0974**   Please mention this number in any future
correspondence to this Office regarding this matter

     We will notify you of the decision on your appeal as soon as
we can   The necessity of this delay is regretted and your
continuing courtesy is appreciated

                    Sincerely,

                    ┌─────────────────────┐
                    │                     │
                    └─────────────────────┘
                    Paralegal Specialist

Eugene A Fischer
32904-004
Box PMB
Atlanta, Ga    30315

95-0974  4 FOI SIPO

April 18, 1995

FOIA Appeal

Co-Director
Office of Information and Privacy
Room 7238 MAIN
United States Department of Justice
Washington, D C    20530

Dear Sir/Madam

I am writing in regard to a letter from Mr  Donald E  Stukey II of the F B.I
office in Springfield Il  dated March 30th and received on April 11, 1995
in which certain F O I A  material I requested was refused

I hereby appeal this decision, based on the following

You quote the following subsections of Title 5, United States Code, Section 552
and 552a    (b)(7) and (j)(2)

In reviewing Exemption 7 , as amended, I find that the FOIA did not apply to
material which is    Investigatory records in general, but only if they would
(A) interfere with enforcement proceedings, (B) deprive a person of a fair
trial, (C) constitute an unwarranted invasion of personal privacy, (D) disclose
the identity of a confidential source, (E)  disclose investigative procedures,
(F) endanger the life of law enforcement personnel

I maintain that because of the time period involved that there can not be any
active investigations going on at this time    I further maintain that the material
requested does not  fall into any other of the categories listed above under
Exemption 7 , as amended

In general I do not believe that the exemption was to apply to all investigatory
information, but rather it was meant to be narrowed as outlined above

I therefore, request that the file or files found with regards to my request
be made available to me

This material is pertinent to my case    It should not jeopardize any current
investigations for it is all old information    It will not implicate any
informant not already known, nor disclose investigative methods, nor endanger
the life of any enforcement agent, nor deprive a person of a fair trial, nor
constitute an unwarranted invasion of personal privacy    All information
requested is information already known from other sources    The information
will however be relevant in allowing me to a fair trial outcome

I await your answer

Sincerely yours

Eugene A Fischer

**FEDERAL BUREAU OF INVESTIGATION**
**FOIPA**
**DELETED PAGE INFORMATION SHEET**

Serial Description ~ COVER SHEET

Total Deleted Page(s) ~ 2
Page 412 ~ b6, b7C, b7D
Page 413 ~ b6, b7C, b7D



XXXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X No Duplication Fee    X
X    for this Page
XXXXXXXXXXXXXXXXXXXXXXXXX

# IMPORTANT AND URGENT

FBI/DOJ

**FEDERAL BUREAU OF INVESTIGATION**
**FOIPA**
**DELETED PAGE INFORMATION SHEET**

Serial Description ~ COVER SHEET

Total Deleted Page(s) ~ 4
Page 2 ~ b2, b7D
Page 4 ~ b6, b7C
Page 5 ~ b6, b7C, b7D
Page 7 ~ b6, b7C, b7D

XXXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X No Duplication Fee    X
X    for this Page      X
XXXXXXXXXXXXXXXXXXXXXXXXX



RECEIVED
TELETYPE UNIT

25 Jul 94   07 46Z

FEDERAL BUREAU
OF INVESTIGATION  RR

0430  MRI 02037

RR RUCNFB FBIIP

DE FBISI #0004 2092255

ZNR UUUUU

R 282253Z JUL 94

FM FBI SPRINGFIELD (281B-SI-45838) (P)

TO DIRECTOR FBI/ROUTINE/

FBI INDIANAPOLIS/ROUTINE/

BT

UNCLAS

CITE: //3660:1725//

PASS:  HQ FOR _____ ASSISTANT UNIT CHIEF,

LABORATORY DIVISION, DOCUMENT SECTION, QUESTIONED DOCUMENT

UNIT.

SUBJECT: _____ ET AL; NARCOTICS MATTER;

OO: SI.

      RE TELCAL OF SA _____ CARBONDALE, ILLINOIS RA,

SI, TO _____

      FOR INFORMATION, DURING THE PERIOD 1983-1987,

_____ IMPORTED INTO THE UNITED STATES IN EXCESS OF

281B-SI-45838-28

CC-3075

b7C
b7D
b6

PAGE TWO DE FBISI 0004 UNCLAS

600,000 POUNDS OF MARIJUANA NETTING PROFITS IN EXCESS OF

$180,000,000 TO [ ] [ ] PARTNERS, [ ]

[ ] AND EUGENE ALBERT FISCHER, [ ]

WAS CONVICTED IN [ ] , AT [ ] AND

RECEIVED A [ ] SENTENCE FOR ENGAGING IN A

CONTINUING CRIMINAL ENTERPRISE (T21, USC, S848(B)). THE

GOVERNMENT OBTAINED A CRIMINAL FORFEITURE JUDGEMENT OF

[ ] AGAINST [ ]

[ ] THIS

INVESTIGATION HAS RESULTED IN TOTAL DRUG SEIZURES OF

APPROXIMATELY $45,000,000.

RECEIVED
TELETYPE UN-

17 SEP 94

FEDERAL
OF INVES

410

Dep. Dir.
ADD Adm.
ADD Inv.
Asst. Dir.:
   Adm. Servs.
   Crim. Inv.
   Ident.
   Info. Mgmt.
   Insp.
   Intell.
   Lab.
   Legal Coun.
   Tech. Servs.
   Training
Cong. Affs. Off.
Off. of EEO
Off. Liaison &
   Int. Affs.
Off. of Public Affs.
Telephone Rm.
Director's Office

0275  MRI 01642

RR RUCNFB FBISI BER BRU

DE FBIMM #0010 2592018

ZNR UUUUU

R 162013Z SEP 94

FM FBI MIAMI (281B-SI-45838) (D-8) (P)

TO DIRECTOR FBI/ROUTINE/

FBI SPRINGFIELD/ROUTINE/

LEGAT BERN/ROUTINE/

LEGAT BRUSSELS/ROUTINE/

BT

UNCLAS

SECTION ONE OF THREE SECTIONS

CITE: //3460//

PASS:  FBIHQ - CID: LIAS/FLU-1, OC/DOS#1; LEGAT BERN - ALAT

[redacted] - CARBONDALE RA.

SUBJECT: [redacted] ET AL; DRUG MATTER; OO:

SPRINGFIELD.

        RE MIAMI TELS TO DIRECTOR ON 3/14/94 AND 5/13/94.

        THE PURPOSE OF THIS TEL IS TO PROVIDE LEGAT BRUSSELS, DUE

281B-SI-45838-36

C-7458

b7C
b6

PAGE TWO DE FBIMM 0010 UNCLAS

SYNOPSIS:

[REDACTED] EUGENE ALBERT

FISCHER (FUGITIVE) AND OTHERS WERE INDICTED IN 1988 BY THE

SPRINGFIELD DIVISION FOR A NUMBER OF DRUG RELATED CHARGES.

[REDACTED] ARE SERVING [REDACTED] EACH FOR

THEIR ROLES IN THE TRANSPORTATION AND DISTRIBUTION OF TONS OF

MARIJUANA AND COCAINE [REDACTED] BASED ON

INFORMATION PROVIDED BY THE SPRINGFIELD DIVISION, [REDACTED]

[REDACTED] MILLIONS OF U.S. DOLLARS DERIVED FROM

b7C
b7D
b6

PAGE THREE DE FBIMM 0010 UNCLAS

THEIR DRUG DISTRIBUTION IN EUROPEAN BANK ACCOUNTS.  IT IS
FURTHER BELIEVED BY FBI SPRINGFIELD THAT EUGENE ALBERT FISCHER
(FUGITIVE) IS RESIDING UNDER A FICTITIOUS IDENTITY IN
SWITZERLAND.

0289  MRI 01832

PP RUCNFB BER FBINY FBIMM FBIKC

DE FBISI #0002 0252347

ZNR UUUUU

P 252343Z JAN 96

FM FBI SPRINGFIELD (281B-SI-45838) (P)

TO DIRECTOR FBI/PRIORITY/

LEGAT BERN/PRIORITY/

FBI NEW YORK (196-NY-239513)/PRIORITY/

FBI MIAMI/PRIORITY/

INFO FBI KANSAS CITY/PRIORITY/

BT

UNCLAS

SECTION ONE OF SIX SECTIONS

CITE:  //3860:1725//

PASS:  HQ FOR CRIMINAL INVESTIGATIVE DIVISION, FCS/ECU; BERN

FOR

SUBJECT:

281B-SI-45838-2812

b7C
b7D
b6

PAGE FOUR DE FBISI 0002 UNCLAS

FOR INFORMATION, DURING THE PERIOD 1983-1987,

ENGAGED IN A CONTINUING CRIMINAL ENTERPRISE

WITH                              EUGENE A. FISCHER,

DEVELOPED SOURCES FOR MARIJUANA IN

WAS ABLE TO ACQUIRE LARGE

AMOUNTS OF              MARIJUANA              FISCHER HAD ACCESS

TO OCEAN-GOING TUGBOATS AND BARGES AND WERE ABLE TO FURNISH

TRANSPORTATION FOR LARGE AMOUNTS OF MARIJUANA FROM COLOMBIA TO

THE U.S..

b7C
b6

PAGE FIVE DE FBISI 0002 UNCLAS

 

DURING 1983 AND 1984, [          ] INDIVIDUALS INVESTED A
TOTAL OF [          ] WITH [                    ]
[               ] THIS MONEY WAS UTILIZED, ALONG WITH OTHER MONIES,
TO CONSTRUCT AND BEGIN OPERATIONS OF A CARD CASINO IN
CALIFORNIA [                        ] THIS CLUB WAS LATER
SEIZED BY THE GOVERNMENT AND CURRENTLY HAS A VALUE OF
APPROXIMATELY $155,000,000. THE U.S. GOVERNMENT IS CURRENTLY
IN THE PROCESS OF DISPOSING OF THIS ASSET. [                ]
[   ] FISCHER WERE CONVICTED OF CONTINUING CRIMINAL ENTERPRISE
CHARGES AND ARE CURRENTLY SERVING MANDATORY LIFE SENTENCES.
[                                                          ]
[                                 ] $30,000,000 WAS
ORDERED FORFEITED AGAINST FISCHER. [                    ]
[                                            ]

FD-36 (Rev. 11-17-88)

**FBI**

TRANSMIT VIA:
☐ Teletype
☐ Facsimile
☒ AIRTEL

PRECEDENCE:
☐ Immediate
☐ Priority
☐ Routine

CLASSIFICATION:
☒ TOP SECRET
☐ SECRET
☐ CONFIDENTIAL
☐ UNCLAS E F T O
☐ UNCLAS

Date  3/2/94

TO      : DIRECTOR, FBI

b7C
b6

FROM    : SAC, PHILADELPHIA  (90A-PH-73768) (WRA) (C)

SUBJECT : UNSUBS (2);

EUGENE FISHER;

IFPI-ESCAPE, CONSPIRACY
OO:PH

Enclosed for the Bureau are the original and three
copies of a Letterhead Memo (LHM) suitable for dissemination.

On March 7, 1994, the facts contained in the enclosed
LHM were discussed with Assistant United States Attorney
[                              ] of Pennsylvania,
Lewisburg, Pennsylvania, who declined prosecution due to a
lack of credible evidence of an escape plot.

90A-PH-73768-1

②-Bureau (Encs. 4) ✓
1-Atlanta (Info.)
1-Philadelphia (90A-PH-73768) (WRA)

MPH:sac
(4)

3/17/94

Approved: _BPA/mott_    Transmitted _____    Per _____
                                  (Number)   (Time)

b7C
b7D
b6

90A-PH-73768

A review of the central file of inmate EUGENE FISHER,
Registry Number 32904-004, determined that he is serving a
mandatory life sentence for the importation of 600,000 pounds of
marijuana.  He was transferred from the FEDERAL CORRECTIONAL
INSTITUTE, Ashland, Kentucky, to the USP, Lewisburg,
Pennsylvania, in April, 1991, based upon information
                    by the BUREAU OF PRISONS, that FISHER,

b7C
b7D
b6

90A-PH-73768

On March 7, 1994, the above facts were presented to
Assistant United States Attorney [                    ]
[          ] of Pennsylvania, Lewisburg, Pennsylvania, who declined
prosecution, based on lack of credible evidence involving an
escape.

4*