UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
EUGENE A. FISCHER,                        )
                                          )
            Plaintiff,                     )
                                          )
      v.                                   )        Civil Action No. 07-2037 (ESH)
                                          )
FEDERAL BUREAU OF                         )
INVESTGIATION, et al.,                    )
                                          )
            Defendants.                    )
_____)

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE
MOTION FOR SUMMARY JUDGMENT**

      Defendants respectfully move pursuant to Federal Rule of Civil Procedure 6(b) that the

Court grant Defendants a three-day enlargement of time to file a Motion for Summary Judgment,

setting a new deadline of July 17, 2008.  Defendants' reply is currently due July 14, 2008.  The

undersigned counsel did not attempt to contact *pro se* Plaintiff to discuss this Motion because

Plaintiff is incarcerated, rendering such a step impracticable.  Furthermore, Local Rule 7(m) does

not apply under these circumstances.  See LCvR 7(m) (imposing duty to confer only with

opposing counsel and non-incarcerated parties appearing pro se.)

      Defendants' filed a Motion to Dismiss, or in the Alternative, Motion for Summary

Judgment ("MTD/MSJ") on February 14, 2008.  See R. 6.[1]  After full briefing by the parties, the

Court denied Defendants Motion on May 29, 2008, and required Defendants to file a renewed

_____
[1] "R." followed by a number refers to the document identified at that number on this Court's docket
entries.

Motion for Summary Judgment by July 14, 1008.  <u>See</u> R. 14.  There is good cause to grant this enlargement motion.  The undersigned counsel has been working with agency counsel, but the draft motion as it exists currently is insufficient to constitute a complete and proper filing with the Court.  The extension is requested so that the undersigned counsel can work with agency counsel further and prepare a response for client and supervisory review prior to filing it with the Court.

Denying this motion would likely prejudice Defendants, who need the time requested in order to work with agency counsel to file a complete Motion.

Respectfully Submitted,


/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/_____
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 307-0364
Attorneys for Defendants

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| EUGENE A. FISCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2037 (ESH) |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTGIATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time, it is this _____ day

of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time be and is hereby GRANTED.

It is further ORDERED that Defendants' reply shall be due _____, 2008;

SO ORDERED.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2008, I caused the foregoing to be served on

Plaintiff via first class United States Mail:

Eugene A. Fischer
Register No. 32904-004
FCI-2
Box 1500
Butner, NC 27509


   /s/                   
BRANDON L. LOWY
Special Assistant United States Attorney