UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EUGENE ALBERT FISCHER,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2037 (ESH) |
| **FEDERAL BUREAU OF INVESTIGATION,** *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Defendants have filed a motion for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiff is proceeding *pro se* in this case.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the defendant's motion for summary judgment no later than August 14, 2008. If plaintiff neither responds nor moves for an extension of time by the due date, the Court may treat the motion as conceded and dismiss plaintiff's complaint.

**SO ORDERED**.

                                                                               /s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge

DATE:   July 17, 2008