# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE A. FISCHER, | ) |
| | ) |
| Plaintiff pro se, | ) |
| | ) |
| v. | ) Civil Action No. 07-2037 (ESH) |
| | ) |
| FEDERAL BUREAU OF | ) |
| INVESTIGATION, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendants in the above-captioned case, substituting for Special Assistant United States Attorney Brandon L. Lowy.

_____/s/_____
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

EUGENE A. FISCHER
R 32904-004
BUTNER
FEDERAL MEDICAL CENTER
Inmate Mail/Parcels
P.O. BOX 1600
BUTNER, NC 27509
PRO SE

on this 19th day of August, 2008.

     /s/
JOHN G. INTERRANTE
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov