UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**EUGENE A. FISCHER,**              )
                                    )
       **Plaintiff pro se,** )
                                    )
v.                                  )   Civil Action No. 07-2037 (ESH)
                                    )
**FEDERAL BUREAU OF**               )
**INVESTIGATION, et al.**           )
                                    )
       **Defendants.**       )
_____ )

**DEFENDANT'S MOTION FOR ENLARGEMENT
OF TIME TO FILE REPLY**

    Defendant respectfully moves the Court for an enlargement of time of two weeks to, and including, September 5, 2008, in which to file a reply to Plaintiff's Response to Defendant's Motion for Summary Judgment (Document 18), which defendant received by ECF notice on August 12, 2008. Pursuant to LCvR 7(d) and Fed. R. Civ. P. 6(d), Defendant's reply is due on August 22, 2008 because Defendant is entitled to 5 business days, plus 3 days for mailing, after service of the opposition to file a reply. This is Defendant's first request for an enlargement of time to file a reply in this case, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Because Plaintiff is incarcerated and proceeding pro se, we have not endeavored to ascertain Plaintiff's position with respect to this motion, as LCvR 7(m) is inapplicable in this case.

    The requested enlargement of time is required because undersigned counsel, who is also filing a notice of substitution of counsel, requires additional time to review the case file, and confer and consult with agency counsel, prior to drafting a reply.

WHEREFORE, Defendant respectfully requests an enlargement of time of two weeks to file a reply.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

EUGENE A. FISCHER
R 32904-004
BUTNER
FEDERAL MEDICAL CENTER
Inmate Mail/Parcels
P.O. BOX 1600
BUTNER, NC 27509
PRO SE

on this 19th day of August, 2008.

                                            ____/s/_____
                                            JOHN G. INTERRANTE
                                            Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE A. FISCHER, ) | |
| ) | |
| Plaintiff pro se, ) | |
| ) | |
| v. ) | Civil Action No. 07-2037 (ESH) |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon Consideration of the Defendant's Motion for Enlargement of Time to File Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file a reply by September 5, 2008.

It is **SO ORDERED** this _____ day of August, 2008.

Ellen S. Huvelle
United States District Judge