**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **EUGENE A. FISCHER,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2037 (ESH) |
| **FEDERAL BUREAU OF INVESTIGATION, et al.** | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY AND MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION**

# PLEASE SEE DOCKET # 21 FOR DUPLICATE IMAGE

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

EUGENE A. FISCHER
R 32904-004
BUTNER
FEDERAL MEDICAL CENTER
Inmate Mail/Parcels
P.O. BOX 1600
BUTNER, NC 27509
PRO SE

on this 5th day of September, 2008.

                                              ____/s/_____
                                              JOHN G. INTERRANTE
                                              Assistant United States Attorney